AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

**APPEARANCE**

Case Number: 04-1809-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   CARLOS ESPINOLA

I certify that I am admitted to practice in this court.

Date: 7/12/04

Signature: [Keene]

Print Name: BRADFORD ELIOT KEENE     Bar Number: 629440

Address: 220 BROADWAY SUITE 402

City: LYNNFIELD   State: MA   Zip Code: 01940

Phone Number: 781-346-6500   Fax Number: 781-346-6355

EMAIL: BKMOGUL@AOL.COM