kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

9.  The defendant GUISEPPE TORRENTE is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000 kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

10.  The defendant JARED KNOWLTON is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000 kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

11.  The defendant ARCHIBALD MACLEOD is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000 kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

12.  The defendant JONATHAN MITCHELL is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000

kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

    13.  The defendant JAMES GARDNER is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
DAVID G. TOBIN
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS; September 22, 2004.


Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

9/22/04
@ 12:25 pm

-25-

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**    04 CR 1 0288 SNG    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester    **Category No.** II    **Investigating Agency** DEA

**City** Gloucester    **Related Case Information:**

**County** Essex

| | |
|---|---|
| Superseding Ind./ Inf. | Case No. |
| Same Defendant | New Defendant |
| Magistrate Judge Case Number | 04-MJ-01809-CBS |
| Search Warrant Case Number | |
| R 20/R 40 from District of | |

**Defendant Information:**

**Defendant Name** Espinola, Carlos    Juvenile ☐ Yes ☒ No

**Alias Name**

**Address** 63 Endicott Street, Peabody, Massachusetts

**Birth date (Year only):** 1977 **SSN (last 4 #):** 3506 **Sex** M **Race:** W    **Nationality:**

**Defense Counsel if known:** Bradford E. Keene    **Address:** 220 Broadway, Suite 402
Lynnfield, MA 01940

**Bar Number:**

**U.S. Attorney Information:**

**AUSA** David G. Tobin    **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:**

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** 06/30/04

☒ **Already in Federal Custody as** of 06/30/04    in Boston, MA    .
☐ **Already in State Custody**    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release:**    **Ordered by**    on

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☒ Felony    1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04    **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Espinola, Carlos _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Possess w/ Int. to Dist., and to Dist.,Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** 04 CR 1 0288 NG U.S. District Court - District of Massachusetts

**Place of Offense:** Peabody ___ **Category No.** II ___ **Investigating Agency** DEA ___

**City** Peabody ___

**County** Essex ___

**Related Case Information:**

Superseding Ind./ Inf. ___ Case No. ___
Same Defendant ___ New Defendant ___
Magistrate Judge Case Number 04-MJ-01809-CBS ___
Search Warrant Case Number ___
R 20/R 40 from District of ___

**Defendant Information:**

**Defendant Name** Jose F. Melo ___ Juvenile ☐ Yes ☒ No

**Alias Name** Jose Mello ___

**Address** 20 Tracey Street, Apt. 1, Peabody, MA ___

**Birth date (Year only):** 1976 **SSN (last 4 #):** 3506 **Sex** M **Race:** W ___ **Nationality:** ___

**Defense Counsel if known:** Stephen Neyman ___ **Address:** 160 State Street, 8th Floor
Boston, MA 01209 ___

**Bar Number:** ___

**U.S. Attorney Information:**

**AUSA** David G. Tobin ___ **Bar Number if applicable** 552558 ___

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ___

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☐ **Regular Process** ☒ **In Custody**

**Location Status:**

**Arrest Date:** 06/30/04 ___

☒ **Already in Federal Custody as** of 06/30/04 ___ in Boston, MA ___
☐ **Already in State Custody** ___ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** ___ **on** ___

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ___ ☐ **Misdemeanor** ___ ☒ **Felony** 3

**Continue on Page 2 for Entry of U.S.C. Citations**

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04 **Signature of AUSA:** ___

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant**    Jose F. Melo _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. Dist, and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding/Abetting | 16 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding/Abetting | 17 |
| Set 4 | 21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Melo JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:** Gloucester    **Category No.** II    **Investigating Agency** DEA

**City** Gloucester    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** Joseph Baldassano    **Juvenile** ☐ Yes ☒ No

**Alias Name** _____

**Address** 220 Washington Street, Gloucester, MA

**Birth date (Year only):** 1981 **SSN (last 4 #):** 9858 **Sex** M **Race:** W **Nationality:** _____

**Defense Counsel if known:** Elliot M. Weinstein    **Address:** 228 Lewis Wharf
Boston, MA 02110

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** David G. Tobin    **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

### Location Status:

**Arrest Date:** 06/30/04

☒ **Already in Federal Custody as** of 06/30/04 **in** Boston, MA .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 4

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04    **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Joseph Baldassano _____

**U.S.C. Citations**

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 5 |
| Set 3 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 16 |
| Set 4 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 17 |
| Set 5 | 21 USC § 853 | Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**    04 CR 1028 UNS    U.S. District Court - District of Massachusetts

**Place of Offense:**  Gloucester    Category No.  II    **Investigating Agency**  DEA

**City**  Gloucester

**County**  Essex

**Related Case Information:**

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant
Magistrate Judge Case Number  04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Matthew Cream    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  16 Harrison Avenue, Gloucester, MA

Birth date (Year only):  1981  SSN (last 4 #):  7776  Sex  M  Race:  W    Nationality: _____

**Defense Counsel if known:**  Bruce G. Linson    **Address:**  220 Commercial Street
Boston, MA 02109

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin    **Bar Number if applicable**  552558

**Interpreter:**  ☐ Yes  ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**  07/02/04

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  **Ordered by**  CBS    **on**  07/23/04

**Charging Document:**  ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  09/22/04    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**   04 CR 1 0288 NG   U.S. District Court - District of Massachusetts

**Place of Offense:**  Gloucester      **Category No.** 11      **Investigating Agency** DEA

**City**  Gloucester            **Related Case Information:**

**County**  Essex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Jason Matthews            Juvenile  ☐ Yes   ☒ No

Alias Name  _____

Address   57 Prospect Street, Apt. 1, Gloucester, MA

Birth date (Year only):  1980  SSN (last 4 #):  4102  Sex  M  Race:  W      Nationality: _____

**Defense Counsel if known:**   Richard M. Welsh    **Address:**  80 Worcester Street, Suite 5
                                                            North Grafton, MA 01536

**Bar Number:**  _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin            **Bar Number if applicable**  552558

**Interpreter:**  ☐ Yes  ☒ No      **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

      ☐ **Warrant Requested**      ☒ **Regular Process**      ☐ **In Custody**

**Location Status:**

**Arrest Date:**   07/02/04

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  CBS  on  07/12/04

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  09/22/04      **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jason Matthews _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2   21 USC § 853 | Forfeiture Allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Matthews JS45.wpd - 1/15/04 (USAO-MA)

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**    01CR 10288 NG    **U.S. District Court - District of Massachusetts**

Place of Offense: <u>Gloucester</u>    Category No. <u>II</u>    Investigating Agency <u>DEA</u>

City <u>Gloucester</u>    Related Case Information:

County <u>Essex</u>

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number <u>04-MJ-01809-CBS</u>
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name <u>Joseph Allen</u>    Juvenile ☐ Yes ☒ No

Alias Name _____

Address <u>8 Reservoir Road, Gloucester, MA</u>

Birth date (Year only): <u>1978</u> SSN (last 4 #): <u>2491</u> Sex <u>M</u> Race: <u>W</u>    Nationality: _____

Defense Counsel if known: <u>James L. Sultan</u>    Address: <u>1 Commercial Wharf North</u>
<u>Boston, MA  02110</u>

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA <u>David G. Tobin</u>    Bar Number if applicable <u>552558</u>

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** <u>07/02/04</u>

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by <u>RWZ</u>  on <u>08/09/04</u>

Charging Document: ☐ Complaint ☐ Information ☒ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony <u>3</u>

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: <u>09/22/04</u>    Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     Joseph Allen _____

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 16 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 17 |
| Set 4 | 21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Allen JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/18/04)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

Place of Offense: Gloucester      Category No. II      Investigating Agency  DEA

City  Gloucester                      **Related Case Information:**

County  Essex                        Superseding Ind./ Inf. _____ Case No. _____
                                     Same Defendant _____ New Defendant _____
                                     Magistrate Judge Case Number  04-MJ-01809-CBS
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Keith Behsman                Juvenile  [ ] Yes  [X] No

Alias Name _____

Address  40 Sarah Avenue, Lowell, Massachusetts

Birth date (Year only): 1978   SSN (last 4 #): 4464  Sex M  Race: B      Nationality: _____

**Defense Counsel if known:**  Michael C. Bourbeau      **Address:** 21 Union Street
                                                            Boston, MA 02108

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  David G. Tobin          Bar Number if applicable  552558

Interpreter:  [ ] Yes [X] No       List language and/or dialect: _____

Matter to be SEALED:  [ ] Yes  [X] No

      [ ] Warrant Requested       [ ] Regular Process       [X] In Custody

**Location Status:**

Arrest Date:  06/30/04

[X] Already in Federal Custody as  of 06/30/04      in  Boston, MA      .
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____  on _____

Charging Document:  [ ] Complaint  [ ] Information  [X] Indictment

Total # of Counts:  [ ] Petty _____  [ ] Misdemeanor _____  [X] Felony  9

**Continue on Page 2 for Entry of U.S.C. Citations**

[ ]      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

**Date:**  09/22/04          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Keith Behsman _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 2 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 3 |
| Set 4 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 4 |
| Set 5 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 5 |
| Set 6 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 6 |
| Set 7 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 7 |
| Set 8 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 8 |
| Set 9 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 10 |
| Set 10 | 21 USC § 853 | Forfeiture Allegation | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Behsman JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Peabody _____  **Category No.**  II _____  **Investigating Agency**  DEA _____

**City**  Peabody _____  **Related Case Information:**

**County**  Essex _____

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Jonathan Mitchell _____  Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  5 Exchange Street, Gloucester, MA _____

Birth date (Year only):  1979  SSN (last 4 #):  7923  Sex  M  Race:  W _____  Nationality: _____

**Defense Counsel if known:**  Edward J. O'Reilly _____  **Address:**  46 Middle Street, 2nd Floor
Gloucester, MA  01930

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin _____  **Bar Number if applicable**  552558

**Interpreter:**  ☐ Yes ☒ No  **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

     ☐ **Warrant Requested**      ☒ **Regular Process**      ☐ **In Custody**

**Location Status:**

**Arrest Date:**  06/30/04 _____

☐ **Already in Federal Custody as** _____  in _____ .

☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**

☒ **On Pretrial Release:**  **Ordered by**  CBS _____  **on**  07/02/04 _____

**Charging Document:**  ☐ **Complaint**  ☐ **Information**  ☒ **Indictment**

**Total # of Counts:**  ☐ **Petty** _____  ☐ **Misdemeanor** _____  ☒ **Felony**  3 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  09/22/04      **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Jonathan Mitchell _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 5 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 7 |
| Set 4 | 21 USC 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/99)

**₀4 CR 1 0 2 8 8 NG**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __Gloucester__        Category No. __II__        Investigating Agency __DEA__

City __Gloucester__                **Related Case Information:**

County __Essex__        Superseding Ind./ Inf. _____    Case No. _____
                        Same Defendant _____    New Defendant _____
                        Magistrate Judge Case Number __04-MJ-01809-CBS__
                        Search Warrant Case Number _____
                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __James R. Gardner__                Juvenile ☐ Yes ☒ No

Alias Name _____

Address __14 Centennial Avenue, Apartment 1, Gloucester, MA__

Birth date (Year only): __1978__  SSN (last 4 #): __7752__  Sex __M__  Race: __W__     Nationality: _____

Defense Counsel if known: __Theodore W. Beauparlant__     Address: __166 Kenoza Avenue__
                                                        __Haverhill, MA  01830__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __David G. Tobin__                Bar Number if applicable __552558__

Interpreter: ☐ Yes ☒ No        List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

        ☐ Warrant Requested        ☒ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date: __06/30/04__

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____ ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by __CBS__ on __07/02/04__

Charging Document: ☐ Complaint        ☐ Information        ☒ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __09/22/04__            Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    James R. Gardner _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 8 |
| Set 3 | 21 USC 853 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Gardner JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Sheet** 04 CR 10288 NG **U.S. District Court - District of Massachusetts**

**Place of Offense:** __Gloucester__    **Category No.** __II__    **Investigating Agency** __DEA__

**City** __Gloucester__    **Related Case Information:**

**County** __Essex__    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number __04-MJ-01809-CBS__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Philip R. Albert, Jr.__    Juvenile ☐ Yes ☒ No

Alias Name _____

Address __10 Babson Street, Gloucester, MA__

Birth date (Year only): __1977__  SSN (last 4 #): __8899__  Sex __M__  Race: __W__    Nationality: _____

**Defense Counsel if known:** __John Andrews & Marc Salinas__    **Address:** __70 Washington Street, Suite 211__
__Salem, MA 01970__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __David G. Tobin__    **Bar Number if applicable** __552558__

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** __06/30/04__

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by __CBS__    on __07/02/04__

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** __09/22/04__    **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Philip R. Albert, Jr. _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 4 |
| Set 3 | 21 USC 853 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Albert JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**04 CR 1 0 2 8 8 NG**

Criminal Case Cover Sheet                           U.S. District Court - District of Massachusetts

**Place of Offense:** Peabody          **Category No.** II          **Investigating Agency** DEA

**City** Peabody                **Related Case Information:**

**County** Essex                Superseding Ind./ Inf. _____   Case No. _____
                               Same Defendant _____   New Defendant _____
                               Magistrate Judge Case Number   04-MJ-01809-CBS
                               Search Warrant Case Number   _____
                               R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   Jared Knowlton                Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   11 Tolman Avenue, Gloucester, MA

Birth date (Year only):   1974   SSN (last 4 #):   1719   Sex  M  Race: _____   Nationality: _____

**Defense Counsel if known:**   Michael F. Natola          **Address:** 240 Commercial Street, Suite 2B
                                                          Boston, MA  02109

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   David G. Tobin                **Bar Number if applicable**  552558

**Interpreter:**   ☐ Yes  ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

          ☐ **Warrant Requested**          ☒ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**   06/30/04

☐ Already in Federal Custody as _____   in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  CBS          on   07/02/04

**Charging Document:**   ☐ Complaint          ☐ Information          ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒          I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
          accurately set forth above.

**Date:**  09/22/04          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   **Jared Knowlton** _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2   21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 6 |
| Set 3   21 USC 853 | Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 3/7/2001)

**Criminal Case Cover Sheet**              **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester        **Category No.** II        **Investigating Agency** DEA

**City**  Gloucester                    **Related Case Information:**

**County**  Essex                       Superseding Ind./ Inf. _____ Case No. _____
                                        Same Defendant _____ New Defendant _____
                                        Magistrate Judge Case Number  04-MJ-01809-CBS
                                        Search Warrant Case Number _____
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Archibald MacLeod                    Juvenile ☐ Yes ☐ No

Alias Name _____

Address   124-Rear Centennial Avenue, Gloucester, MA

Birth date (Year only): _____ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**  Roger Witkin        **Address:** 6 Beacon Street, Suite 1010
                                                               Boston, MA  02108

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin                **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No      **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**      ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** 07/12/04

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  CBS      on  07/12/04

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  5

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:** 09/22/04              **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Archibald MacLeod _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 — 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 — 21 USC § 841(a)(1) | Distribution of Oxycodone | 9 |
| Set 3 — 21 USC § 841(a)(1) | Distribution of Oxycodone | 13 |
| Set 4 — 21 USC § 841(a)(1) | Distribution of Oxycodone | 14 |
| Set 5 — 21 USC § 841(a)(1) | Distribution of Oxycodone | 15 |
| Set 6 — 21 USC § 853 | Forfeiture Allegation | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/01)

**Criminal Case Cover Sheet**                         **U.S. District Court - District of Massachusetts**

Place of Offense: __Gloucester__      Category No. __2__      Investigating Agency __DEA__

City  __Gloucester__               **Related Case Information:**

County  __Essex__                  Superseding Ind./ Inf. _____   Case No. _____
                                   Same Defendant _____   New Defendant _____
                                   Magistrate Judge Case Number __04-MJ-01809-CBS__
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __Giuseppe S. Torrente__          Juvenile    ☐ Yes   ☒ No

Alias Name  __Joseph Torrente__

Address  __9 Fleetwood Drive, Gloucester, MA__

Birth date (Year only): __1980__  SSN (last 4 #): __9986__  Sex __M__  Race: __W__      Nationality: _____

**Defense Counsel if known:**  __Stephen D. Judge__      Address: __23 Central Avenue #605__
                                                                  __Lynn, MA  01901__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  __David G. Tobin__                  Bar Number if applicable  __552558__

Interpreter:   ☐ Yes  ☒ No         List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes  ☒ No

       ☐ Warrant Requested      ☒ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date:** __07/15/04__

☐ Already in Federal Custody as _____   in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by __CBS__       on __07/15/04__

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __3__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:**  09/22/04          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Giuseppe S. Torrente _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 11 |
| Set 3  21 USC § 841(a)(1) | Distribution of Oxycodone | 12 |
| Set 4  21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Torrente JS45.wpd - 1/15/04 (USAO-MA)