# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        Plaintiff,        CRIMINAL ACTION
                                    NO. 04-10288-NG

v.

CARLOS ESPINOLA
MATTHEW CREAM
JASON MATTHEWS
JOSEPH ALLEN
KEITH BEHSMAN
JONATHAN MITCHELL
JAREN KNOWLTON

        Defendant,

---

TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

| | |
|---|---|
| U.S. District Court<br>595 Main Street<br>Worcester, MA 01608 | **COURTROOM #1, 5th FLOOR**<br>Date and Time:<br>**October 4, 2004, 10:00 A.M.** |

Type of Proceeding:

**ARRAIGNMENT**

---

                                      CHARLES B. SWARTWOOD, III
                                      MAGISTRATE JUDGE

September 28, 2004        /s/ Lisa B. Roland
Date                           Lisa B. Roland,
                                 Deputy Clerk
                                 (508) 929-9905

cc: All counsel