UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10288-NG

UNITED STATES

v.

CARLOS ESPINOLA

**DEFENDANT'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE**

Carlos Espinola, defendant in the above-captioned criminal case, hereby moves this Court, pursuant to 18 U.S.C. § 3162(a), to dismiss the indictment with prejudice. The grounds for the instant motion are set forth in the accompanying memorandum of law.

    Respectfully submitted,
    CARLOS ESPINOLA
    By his attorney,

    Bradford Eliot Keene
    BBO #629440
    Keene & Gizzi
    Attorneys at Law
    220 Broadway
    Suite 402
    Lynnfield, Ma 01940
    781.346.6500

**CERTIFICATE OF SERVICE**

      I certify that I have served the foregoing document by hand-delivering a copy to the office of the United States Attorney for the District of Massachusetts, to the attention of AUSA David Tobin, 1 Courthouse Way, Boston, MA 02210 this 22nd day of October, 2004.

                                                                   Bradford Eliot Keene