# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 04-10288-NG |
| ) | |
| CARLOS ESPINOLA, et al., ) | |
| Defendants. ) | |

GERTNER, D.J.:

## ORDER OF RECUSAL

I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. § 455.

SO ORDERED.

Date:  October 25, 2004          /s/NANCY GERTNER, U.S.D.J.