## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal  No.   04cr10288

Title:   United States of America v. Carlos Espinola, et al

## N O T I C E

Please take notice that the above-entitled case previously assigned to Judge   Gertner   has been transferred to Judge   Zobel   for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials   RWZ  .

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   /s/ Jennifer Filo
Deputy Clerk

Date:  10/26/2004

_____   Please NOTE that the above case has been transferred to the Western Division in Springfield.  All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Division in Worcester.  All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel

(Notice of Transfer.wpd - 12/98)                                                                    [ntccsasgn.]