UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES

v.                                                                    CRIMINAL NO. 04 10288 RWZ

CARLOS ESPINOLA

**DEFENDANT'S MOTION FOR LEAVE TO JOIN IN MOTION OF CO-DEFENDANT
McLEOD TO STRIKE SURPLUSAGE FROM INDICTMENT**

Carlos Espinola, the defendant in the above-captioned criminal case, hereby moves the Honorable Court for leave to join in the Motion to Strike Surplusage from the Indictment filed by co-defendant Archibald McLeod, Jr. on or about February 7, 2005.

Bradford Eliot Keene
BBO# 629440
Keene & Gizzi, P.C.
220 Broadway
Suite 402
Lynnfield, MA 01940

DATED: February 16, 2005        Boston, MA 02108
TEL: 781 346 6500
FAX: 781 346 6355
EMAIL: BKMOGUL@aol.com

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES

v.                                                    CRIMINAL NO. 04 10288 RWZ

CARLOS ESPINOLA

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA David G. Tobin, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA and a courtesy copy to Lisa Roland, Courtroom Clerk for Honorable Charles B. Swartwood, III, United States Magistrate Judge by mail, as well as to the following counsel of record:

UNITED STATES V. CARLOS ESPNOLA
CRIMINAL NO. 04 10288 RWZ
SERVICE LIST

Stephen Neyman, Esq.
160 State Street, 8th floor
Boston, MA 02109

Elliot M. Weinstein, Esq.
228 Lewis Wharf
Boston, MA 02110

Bruce G. Linson, Esq.
220 Commercial Street
Boston, MA 02109

Richard M. Welsh, Esq.
80 Worcester Street, Suite 5
North Grafton, MA 01536

James L. Sultan, Esq.
Rankin & Sultan
1 Commercial Wharf N
Boston, MA 02110

Michael C. Bourbeau, Esq.
Bourbeau & Bonilla
21 Union Street
Boston, MA 02108

Edward J. O'Reilly, Esq.
46 Milton Street
Gloucester, MA 01930

Theodore W. Beauparlant, Esq.
166 Kenoza Avenue
Haverhill, MA 01830

John Andrews, Esq.
70 Washington Street, Suite 211
Salem, MA 01970

Marc R. Salinas, Esq.
70 Washington Street, Suite 212
Salem, MA 01970

Michael F. Natola, Esq.
McBride & Natola
240 Commercial Street, Suite 2B
Boston, MA 02109

Stephen D. Judge, Esq.
23 Central Avenue, #605
Lynn, MA 01901

Roger Witkin, Esq.
6 Beacon Street
Suite 1010
Boston, MA 02108

DATED: February 16, 2005

Bradford Eliot Keene
BBO# 629440
Keene & Gizzi, P.C.
220 Broadway
Suite 402
Lynnfield, MA 01940
Boston, MA 02108
TEL:    781 346 6500
FAX:    781 346 6355
EMAIL:  BKMOGUL@aol.com