UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                                                       Criminal No. 04-10288-RWZ

MATTHEW CREAM

### DEFENDANT MATTHEW CREAM'S MOTION FOR LEAVE TO JOIN CO-DEFENDANT MACLEOD'S MOTION TO STRIKE SURPLUSAGE FROM INDICTMENT

NOW COMES the defendant, Matthew Cream, and respectfully moves this Honorable Court for leave to join in the Motion to Strike Surplusage from the Indictment filed by co-defendant Archibald MacLeod, Jr. on or about February 7, 2005, in the above-numbered matter.

                                                                     Respectfully submitted,
                                                                     Matthew Cream
                                                                     By his Attorney,

                                                                    /s/ *BruceLinson*
                                                                   Bruce Linson
                                                                   BBO # 637413
                                                                   Howe & Bainbridge Building
                                                                   220 Commercial Street
                                                                   Boston, MA  02109
                                                                   (617) 371-0900

DATED:       February 17, 2005.

CERTIFICATE OF SERVICE

      I, Bruce Linson, hereby certify that I served a copy of the foregoing document on all parties of record in this matter.  Said service was via first class mail, postage prepaid, on this the 18th day of February 18, 2005, to:

AUSA David Tobin
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA  02210

Bradford E. Keene, Esq.
Keene & Gizzi
220 Broadway, Suite 402
Lynfield, MA  01940

Stephen Nyman, Esq.
160 State Street, 8th Floor
Boston, MA  02109

Elliot M. Weinstein, Esq.
228 Lewis Wharf
Boston, MA  02110

Richard M. Welsh, Esq.
80 Worcester Street, Suite 5
North Grafton, MA 01536

James L. Sultan, Esq.
Rankin & Sultan
1 Commercial Wharf N
Boston, MA  02110

Michael C. Bourbeau, Esq.
Bourbeau & Bonilla
21 Union Street
Boston, MA  02108

Edward J. O'Reilly, Esq.
46 Milton Street
Gloucester, MA  01930

Theodore W. Beauparlant, Esq.
166 Kenzoa Avenue
Haverhill, MA  01830

John Andrews, Esq.
70 Washington Street, Suite 211
Salem, MA 01970

Marc R. Salinas, Esq.
70 Washington Street, Suite 212
Salem, MA 01970

Michael F. Natola, Esq.
240 Commercial Street, Suite 2B
Boston, MA  02109

Stephen D. Judge, Esq.
23 Central Avenue, #605
Lynn, MA  01901

Roger Witkin, Esq.
6 Beacon Street, Suite, 1010
Boston, MA  02108

                                                       /s/ *Bruce Linson*
                                                      Bruce Linson