UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                    CRIMINAL NO. NO. 04 10288 RWZ 12

ARCHIBALD MacLEOD

### DEFENDANT'S MOTION FOR PRE-PLEA PROBATION SENTENCING REPORT

The defendant moves for a Pre-Plea Probation Sentencing Report.

As grounds for same the defendant says that in view of the fact that a plea is

most likely in this case, that starting on the Probation Report now would be

advantageous to both parties.

                                                                        */s/ Roger Witkin*
                                                     Roger Witkin
                                                     6 Beacon Street, Suite l0l0
                                                     Boston, MA 02l08
                                                     Tel. 6l7 523 0027
                                                     Fax 6l7 523 2024
                                                     BBO No. 53l780

DATE:  September 19, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.          CRIMINAL NO. NO. 04 10288 RWZ 12

ARCHIBALD MacLEOD

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA David G. Tobin, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA and a courtesy copy to Lisa Urso, Courtroom Clerk for Honorable Rya W. Zobel, United States Magistrate Judge by mail and electronic filing, which was e-filed this day.

   /s/ Roger Witkin
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE:  September 19, 2005