UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Criminal No. 04-10288-RWZ |
| ) | |
| **CARLOS ESPINOLA, ET AL.**   ) | |

GOVERNMENT'S WITHDRAWAL OF
MOTION TO UNSEAL COMPLAINT AND AFFIDAVIT

    The United States of America hereby withdraws its Motion to Unseal Complaint and Affidavit filed with this Court on or about April 4, 2006.  The motion was filed in error.

                      Respectfully submitted,
                      MICHAEL J. SULLIVAN
                      United States Attorney

By:   /s/David G. Tobin
        DAVID G. TOBIN
        Assistant U.S. Attorney

Date:  April 5, 2006

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                      /s/David G. Tobin
                      Assistant United States Attorney

Date: April 5, 2006

Case 1:04-cr-10288-RWZ    Document 307    Filed 04/05/2006    Page 2 of 2