```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-10288-RWZ |
| v. ) | |
| ) | |
| CARLOS ESPINOLA, ET AL., ) | |
| Defendants ) | |
| ) | |

**Government's Witness List**

The United States of America, by Michael J. Sullivan, United States Attorney, and Michael J. Pelgro and David G. Tobin, Assistant U.S. Attorneys, hereby files this list of witnesses whom it may call at the trial of the above-captioned action.  The government reserves the right to amend this list upon reasonable notice to the defendants.

**Civilian Witnesses**

1. Steven Aptt, Gloucester, MA;
2. Joseph Baldassano, Gloucester, MA;
3. Thomas Blackwell, New York City, NY;
4. Corey Brooks, Gloucester, MA;
5. Ryan Caverly, Peabody, MA;
6. Keith Curcuru, Gloucester, MA;
7. Michelle Dawicki, Lynn, MA;
8. Randy Gibbs, Gloucester, MA;
9. Roger Godino, New York City, NY;
10. Leo Guarente, Lynn, MA;
11. James Joefield, Gloucester, MA;
12. Jarred Johnson, Gloucester, MA;

13. Jeffrey King, Gloucester, MA;

14. Richard Travis Lane, Gloucester, MA;

15. Valerie Luz, Peabody, MA;

16. Kimberly McKay, Gloucester, MA;

17. Samantha O'Brien. Gloucester, MA;

18. Alicia Parisi, Gloucester, MA;

19. Pearl Parisi, Gloucester, MA;

20. Maria Parisi, Gloucester, MA;

21. Thomas Prendergast, Gloucester, MA;

22. Paul Skrobacz, Gloucester, MA;

23. Kevin Teixeira, Gloucester, MA;

24. Sara Thompson, Gloucester, MA;

**Drug Enforcement Administration, Boston, MA**

25. Special Agent Glen Coletti;

26. Special Agent Timothy Desmond;

27. Special Agent Clem Fisher;

28. Special Agent Dan Genese;

29. Group Supervisor Richard Guerard;

30. Special Agent Paul Karamourtopoulos;

31. Special Agent Michael O'Shaughnessy;

32. Special Agent Ed Sarabia;

33. Special Agent Kevin Sawyer;

34. Special Agent Steven Story;

35. Special Agent Greg Willoughby;

**Other Law Enforcement**

36.  Officer Maurice Aguiler, Lawrence Police Department, Lawrence, MA;

37.  Deputy Sheriff Amauris Calcano, Essex County Sheriff's Department, Lawrence, MA;

38.  Officer April Clarizia, Newbury Police Department, Newbury, MA;

39.  Detective Sean Connors, Gloucester Police Department, Gloucester, MA;

40.  Special Agent James Marr, Bureau of Alcohol, Tobacco, Firearms & Explosives, Portland, ME;

41.  Detective Robert Tibert, Rockport Police Department, Rockport, MA;

42.  Detective Kenneth Sucharski, Manchester Police Department, Manchester, MA;

**Keepers of the Records**

43.  AT&T, Morristown, NJ;

44.  Cingular Wireless, West Palm Beach, FL;

45.  Nextel, Reston, VA;

46.  Registry of Motor Vehicles, Boston, MA;

47.  Sprint PCS Wireless, Overland Park, KS;

48.  T-Mobile USA, Inc., Parsippany, NJ;

49.  Verizon, New York City, NY

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:   /s/Michael J. Pelgro
                              Michael J. Pelgro
                              David G. Tobin
                              Assistant U.S. Attorneys


DATED:    May 1, 2006
```

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a paper copy will be sent to those indicated as non-registered participants on May 1, 2006.

```
                               /s/Michael J. Pelgro
                              Michael J. Pelgro
                              Assistant U.S. Attorney
```