UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 04-10288-RWZ |
| v. | ) | |
| | ) | |
| CARLOS ESPINOLA, ET AL., | ) | |
| Defendants | ) | |
| | ) | |

**Government's Exhibit List**

The United States of America, by Michael J. Sullivan, United States Attorney, and Michael J. Pelgro and David G. Tobin, Assistant U.S. Attorneys, hereby files this list of exhibits which it may introduce at the trial of the above-captioned action.  The government reserves the right to amend this list upon reasonable notice to the defendants.

1.   Chart of Defendants (with photographs);

2.   Chart of Controlled Purchases;

3.   Map of Gloucester and Peabody;

4.   Photographs of Riverdale Park Housing Development, Gloucester, MA;

5.   Registry of Motor Vehicles records for defendants Carlos Espinola and Joseph Allen;

6.   Excerpt of consensual recording of meeting among Keith Behsman, Maurice Aguiler, and Amauris Calcano on November 4, 2003 (DEA Exhibit N-7);

7.   Aerial photographs of North Shore Mall, Bugaboo Creek Restaurant, and 63 Endicott Street, Peabody, MA;

8.    Excerpt of consensual recording of meeting among Keith Behsman, Joseph Baldassano, Jared Knowlton, Maurice Aguiler, and Amauris Calcano on December 2, 2003 (DEA Exhibit N-33 and N-37);

9.    Photographs of 63 Endicott Street, Peabody, MA;

10.    Photographs of co-defendant Jonathan Mitchell's Gloucester residence;

11.    Excerpt of consensual recording of meeting among Keith Behsman, Maurice Aguiler, and Amauris Calcano on January 6, 2004 (DEA Exhibits N-53 and N-54);

12.    Excerpt of consensual recording of meeting among Keith Behsman, Joseph Baldassano, Maurice Aguiler, and Amauris Calcano on January 14, 2004 (DEA Exhibits N-63 and N-64);

13.    Consensual recordings of telephone conversations with Keith Behsman and Joseph Baldassano on January 15, 2004 (DEA Exhibit N-78);

14.    Consensual recording of telephone conversation with Joseph Baldassano on January 27, 2004 (DEA Exhibit N-79);

15.    Consensual recording of telephone conversation with Guiseppe Torrente on February 4, 2004 (DEA Exhibit N-84);

16.    Consensual recordings of telephone conversations with Keith Behsman on February 25, 2004 (DEA Exhibit N-205A);

17.    Consensual recording of telephone conversation with Joseph Baldassano on March 17, 2004 (DEA Exhibit N-205B);

18.  Consensual recordings of telephone conversations with Keith Behsman and Joseph Baldassano on March 17, 2004 (DEA Exhibit N-205C);

19.  Consensual recordings of telephone conversations with Joseph Baldassano on March 23, 2004 and April 6, 2004 (DEA Exhibit N-205D);

20.  Photographs of Joseph Baldassano, Carlos Espinola, and others obtained from Joseph Baldassano;

21.  Excerpt of consensual recording of meeting among Joseph Baldassano, Glen Coletti, and a cooperating individual on June 7, 2004 (DEA Exhibit N-179);

22.  Surveillance videotape depicting Joseph Allen on June 7, 2004 (DEA Exhibit N-180);

23.  Photographs of 20 Tracy Street, Peabody, MA;

24.  Photographs of 220 Washington Street, Gloucester, MA;

25.  Photographs of 40 Sarah Avenue, Lowell, MA;

26.  Excerpt of consensual recording of meeting among Joseph Baldassano, Jose Melo, and Glen Coletti on June 10, 2004 (DEA Exhibit N-184);

27.  Matthew Cream's cellular telephone and photograph contained within it recovered on June 29, 2004(DEA Exhibit N-197);

28.  Sprint PCS Wireless subscriber information for cell phone listed in number 27 above;

3

29.   Joseph Baldassano's cellular telephone and list of telephone numbers contained within it recovered on June 29, 2004 (DEA Exhibit N-196);

30.   Rental receipts for Baldassano and Cream's Lowell apartment and business card recovered from Joseph Baldassano on June 29, 2004 (DEA Exhibit N-204);

31.   Carlos Espinola's cell phone recovered on June 30, 2004 (DEA Exhibit N-199) and typed copy of the cell phone's number directory;

32.   Prepaid cell phone receipt, photograph, birthday card, dog tag, and photograph of Carlos Espinola, Michelle Dawicki, and an unidentified male recovered from Carlos Espinola on June 30, 2004 (DEA Exhibit N-199);

33.   Ballistic vest recovered from 63 Endicott Street on June 30, 2004 (DEA Exhibit N-195);

34.   Telephone records;

35.   Scale recovered from Carlos Espinola's apartment;

36.   "Booking" photo of Carlos Espinola's "Red Devils" tattoo;

37.   Jose Melo's cell phone (DEA Exhibit N-194), with typed copy of the cell phone's number directory, and subscriber information;

38.   Excerpt of consensual recordings of telephone calls made by or to DEA SA Coletti pertaining to the June 29, 2004

4

negotiations for 1000 OxyContin tablets;

39.  Resume of DEA chemist Roger W. Godino; and

40.  DEA-7s for all of the OxyContin tablets obtained from any of the thirteen co-defendants, along with associated DEA lab paperwork.


                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                               By:   /s/Michael J. Pelgro
                                        Michael J. Pelgro
                                        David G. Tobin
                                        Assistant U.S. Attorneys


DATED:     May 1, 2006.




                          Certificate of Service

     I hereby certify that this document filed through the ECF
system will be sent electronically to the registered participants
as identified on the Notice of Electronic Filing (NEF) and that a
paper copy will be sent to those indicated as non-registered
participants on May 1, 2006.

_/s/Michael J. Pelgro_
Michael J. Pelgro
Assistant U.S. Attorney