**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

       v.                      CRIMINAL NO. 04-10288-RWZ

CARLOS ESPINOLA

**VERDICT**

WE, THE JURY, FIND THE DEFENDANT, CARLOS ESPINOLA:

**ON COUNT ONE OF THE INDICTMENT (Conspiracy to Distribute Oxycodone):**

        __✓__       GUILTY

        _____       NOT GUILTY

5/22/06
DATE

[Foreperson's Signature]
FOREPERSON'S SIGNATURE