UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
**UNITED STATES OF AMERICA**        )
                                    )
          v.                        )   Crim. No. 04-10288
                                    )
**CARLOS ESPINOLA, ET Al.**         )
_____)

### SUPPLEMENTAL SENTENCING MEMORANDUM OF THE UNITED STATES

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U. S. Attorneys David G. Tobin and Michael J. Pelgro, hereby files a supplemental sentencing memorandum in the above-referenced case for the use of the Court in determining an appropriate sentence for Carlos Espinola (Espinola) and the remaining co-defendants, who have not yet been sentenced.

Attached is the Massachusetts OxyContin Commission - Final Report ("Report").  The Massachusetts OxyContin and Other Drug Abuse Commission was established in 2004 by the Massachusetts Legislature to investigate the effects of the abuse of prescription medications and illicit drugs on the citizens of the Commonwealth.  The Report highlights the disastrous consequences of the abuse of OxyContin and the enormity of the OxyContin abuse problem.  One particularly chilling statistic contained in the Report is that opiate-related deaths in Massachusetts have increased by 600% between 1990 and 2003.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                       By:    /s/ David G. Tobin
                              DAVID G. TOBIN
                              Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

I hereby certify that these document filed through the ECF system will be sent electronically to

the registered participants as identified on the Notice of Electronic Filing (NEF)


        /s/ David G. Tobin
        DAVID G. TOBIN
        Assistant United States Attorney


Date: August 14, 2006