UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 AUG 23 P 3:55

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER 04-10288-RWZ

UNITED STATES OF AMERICA   )
                           )
v.                         )
                           )   NOTICE OF APPEAL
                           )
CARLOS ESPINOLA, ET AL.,   )
       Defendants          )

FILING FEE PAID:
RECEIPT # 74619
AMOUNT $ 455
BY DPTY CLK ___
DATE 8-23-06

Notice is hereby given that Carlos Espinola in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered August 15, 2006, and for all other orders and rulings in said case.

Respectfully submitted
CARLOS ESPINOLA
By his attorney,

_____
Bradford Eliot Keene
BBO# 629440
Keene & Gizzi, P.C.
220 Broadway
Suite 402
Lynnfield, MA 01940
BKMOGUL@aol.com

August 24, 2006