**UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

Case name __UNITED STATES v. CARLOS ESPINOLA__

District Court Case No. __04-10288-RWZ__   District of __MASS__

Date Notice of Appeal filed __8-23-06__   Court of Appeals Case No. ____

Form filed on behalf of __CARLOS ESPINOLA__

**TRANSCRIPT REPORT**

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) __356   374   375   377   428__

**TRANSCRIPT ORDER**

Name of Court Reporter __CATHERINE A. HANDEL__ / __LEE A. MARZILLI__

Phone Number of Reporter __617-261-0555__ / __617-345-6787__

A.   **X**   This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| Jury Voir dire | 5-8-06 |
| Opening Statement (plaintiff) | 5-9-06 |
| Opening Statement (defendant) | 5-9-06 |
| Trial | 5-8-06 |
| Closing Argument (plaintiff) | 5-19-06 |
| Closing Argument (defendant) | 5-19-06 |
| Findings of Fact/Conclusions of Law | 5-8-06 — 5-22-06 (DEF'T'S MOTIONS FILED 5-2-06) |
| Jury Instructions | 5-17-06 |
| Change of Plea | |
| Sentencing | 8-15-06 |
| Bail hearing | |
| Pretrial proceedings (specify) _____ | |
| Testimony (specify) | |
| Other (specify) | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B.   **✓**   I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made: **(TRANSCRIPTS PREVIOUSLY PURCHASED)**

Private funds.

Government expense (civil case) IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)

Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.

Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.

Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __BRADFORD ELIOT KEENE, ESQ__   Filer's Signature ____

Firm/Address __220 BROADWAY SUITE 402 LYNNFIELD, MA 01940__

Telephone number __781-346-6500__   Date mailed to court reporter __9-11-06__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)   **SEE INSTRUCTIONS ON REVERSE**

**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**
(617) 748-9057

**DOCKETING STATEMENT**

**Proposed Caption of Case:**
No.

## CARLOS ESPINOLA

~~Plaintiff~~ - Appellant
v.

## UNITED STATES OF AMERICA
~~Defendant~~ - Appellee

**Type of Action**

_____ Civil

✓ Criminal/Prisoner

_____ Cross Appeal

A.   Timeliness of Appeal

1.   Date of entry of judgment or order appealed from **8-15-06**

2.   Date this notice of appeal filed ___ **9-11-06** _____

     If cross appeal, date first notice of appeal filed

     **NOTICE OF APPEAL FILED 8-23-06** _____

3.   Filing date of any post-judgment motion filed by any

     party which tolls time under Fed.R.App.P. 4(a)(4) and

     4(b) _____

4.   Date of entry of order deciding above post-judgment

     motion _____

5.   Filing date of any motion to extend time under

     Fed.R.App.P. 4(a)(5), 4(a)(6) or 4(b) _____

Time extended to _____

B.   Finality of Order of Judgment

    1.   Is the order or judgment appealed from a final decision

        on the merits?                    Yes ☑            No ☐

    2.   If no, is the order appealed from a collateral or

        interlocutory order reviewable under any exception to

        the finality rule?                Yes ☐            No ☐

        If yes, explain

    _____

    3.   Did the district court order entry of judgment as to

        fewer than all claims or all parties pursuant to

        Fed.R.C.P. 54(b)?                 Yes ☐            No ☑

        If yes, explain

    _____

C.   Has this case previously been appealed?      Yes ☐      No ☑

    If yes, give the case name, docket number and disposition of

    each prior appeal.

    _____

    _____

    _____

D.   Are any related cases or cases raising related issues

    pending in this Ccurt, any district court of this circuit,

    or the Supreme Court?                 Yes ☐            No ☑

    If yes, cite the case and the manner in which it is related

    on a separate page.  If abeyance or consolidation is

warranted, counsel must file a separate motion seeking such relief.

E.    Were there any in-court proceedings below?    Yes ☑    No ☐

Is a transcript necessary for this appeal?    Yes ☑    No ☐

If yes, is transcript already on file with district court?

Yes ☑    No ☐

If transcript is not already on file, attach copy of transcript order.

F.    List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party.  Attach additional page if necessary.

1.    Adverse party UNITED STATES OF AMERICA

Attorney DAVID TOBIN / MICHAEL PELGRO (AUSA)

Address JOHN J. MOAKLEY U.S. COURTHOUSE
UNITED STATES ATTORNEYS OFFICE
1 COURTHOUSE WAY
BOSTON, MA 02210

Telephone 617-748-3100

2.    Adverse party _____

Attorney _____

Address _____

_____

Telephone _____

3.
    Adverse party_____

    Attorney_____

    Address

    _____

    Telephone_____

G.  List name(s) and address(es) of appellant(s) who filed this

    notice of appeal and appellant's counsel.  Attach additional

    page if necessary.

    1.  Appellant(s) name **CARLOS ESPINOLA**_____

        Address **PLYMOUTH COUNTY H.O.C., 26 LONG POND ROAD**
               **PLYMOUTH, MA  02360**

        _____

        Telephone_____

        Attorney's name **BRADFORD ELIOT KEENE, ESQ**_____

        Firm **KEENE & GIZZI, P.C.**_____

        Address **220 BROADWAY**
               **SUITE 402**
               **LYNNFIELD, MA  01940**

        Telephone **781-346-6500**_____

    2.  Appellant(s) name_____

        Address

        _____

        Telephone_____

Attorney's name _____

Firm _____

Address

_____

Telephone _____


Will you be handling the appeal?  (In criminal cases counsel

below will handle the appeal unless relieved by this court.)

Yes☐           No☐

Fed.R.App.P. 12(b) provides that each attorney who files a

notice of appeal must file with the clerk of the Court of

Appeals a statement naming each party represented on appeal

by that attorney.  Local Rule 12 requires that statement in

the form of an appearance.  Any counsel who filed a notice

of appeal must provide the requisite appearance to be

attached to this form.

Attorneys who are associated with the case, but not

actively representing a party on appeal, should NOT

file an appearance form.

A copy of this Docketing Statement must be served on all other

parties to the appeal, and in civil cases, Settlement Counsel,

Civil Appeals Management Program, 1 Courthouse Way, Suite 3440,

Boston, MA 02210, must be served as well.

United States Court of Appeals
for the First Circuit
Clerk's Office
1 Courthouse Way, Suite 2500
Boston, Massachusetts 02210
(617) 748-9057

Signature _____

Date _____ 9-11-06 _____

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

NO.

CARLOS ESPINOLA )
)
     Appellant )
    v. )
)
)
UNITED STATES OF AMERICA, )
)
    Appellee )

### CERTIFICATE OF SERVICE

I hereby certify that the instant Docketing Statement and Transcript Report/Order Form filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing System on September 11, 2006.

/s/ *Bradford Eliot Keene*
Bradford Eliot Keene