UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10288

United States of America

v.

Carlos Espinola, et al.,

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-4, 18, 33, 34, 37, 54, 73, 90, 93, 98-100, 112, 113, 115, 116, 117, 118, 120, 124-126, 130-132, 136, 456, 146, 152, 155, 156, 162, 165, 188, 189, 191, 192, 203, 210, 217, 218, 224, 237, 240, 288, 289, 305-307, 332, 333, 335-338, 344, 346, 348, 353, 369, 371, 374, 375, 381, 382, 401, 417, 419, 420, 422, 427, 428, 437

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/23/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 14, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 9/14/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06