## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  | CRIMINAL NO. 04-10288-RWZ |
|---|---|---|
| UNITED STATES OF AMERICA | ) |  |
|  | ) |  |
| v. | ) | MOTION OF CARLOS ESPINOLA |
|  | ) | TO ORDER THE BUREAU OF |
|  | ) | PRISONS TO ENABLE HIS |
| CARLOS ESPINOLA, ET AL., | ) | ACCESS TO MEDICATION |
| Defendants | ) |  |

**NOW COMES CARLOS ESPINOLA,** having been sentenced to a term of incarceration by this Honorable Court on August 15, 2006, and respectfully prays that the Court order the Bureau of Prisons to enable his access to medically prescribed skin ointment creams, *Halobetasol,* and *Triamcinolone*.

Mr. Espinola, who suffers from Psoriasis, has tried unsuccessfully hitherto, to obtain both from his family, as well as from the prison medical center, these specific ointments, which the Bureau of Prisons does not carry or prescribe, and which his family has not been permitted to provide to him, at their expense.

Mr. Espinola requests that his family be allowed to mail to him directly, or to otherwise provide to a designated Bureau of Prisons official, solely at Mr. Espinola's and his family's expense, these medications as his needs require.

A copy of Mr. Espinola's physician's letter, as well as two separate prescriptions are attached herewith.

                                                     Respectfully submitted,
                                                     CARLOS ESPINOLA
                                                     By his attorney,

                                                   /s/ **Bradford Eliot Keene**
September 29, 2006                 Bradford Eliot Keene
                                                   BBO# 629440
                                                   Keene & Gizzi, P.C.
                                                   220 Broadway
                                                   Suite 402
                                                   Lynnfield, MA  01940
                                                   BKMOGUL@aol.com

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing System on September 29, 2006.

                                                 /s/ **Bradford Eliot Keene**
                                                 Bradford Eliot Keene

# DAVID TAUB, M.D.
## DERMATOLOGY

ZERO GOVERNORS AVENUE  •  SUITE B5  •  MEDFORD, MASSACHUSETTS 02155  •  TELEPHONE (781) 395-0075

September 28, 2006

Mr. Bradford Eliot Keene
Attorney at Law
220 Broadway Suite 402
Lynnfield, MA 01940

RE: Carlos Espinola

Dear Mr. Keene:

Per your request, I am writing prescriptions for Mr. Carlos Espinola's condition.

As you know, he has chronic psoriasis. I have suggested to him that he use Halobetasol ointment twice a day for up to two weeks in the worst areas and rest for one week before reusing it. If the condition is under control, he may use the second ointment, Triamcinolone ointment, to maintain the clearing as needed. At this point, should there be any psoriasis in the groin area, he should use only Triamcinolone and limit that to two weeks at a time.

Very truly yours,

David Taub, M.D.

DT/jat

781 - 395-0075

**DAVID J. TAUB, M. D.**
DERMATOLOGY

ZERO GOVERNORS AVENUE          MEDFORD, MASS. 02155

NAME _Carlos 25 y.o._____ AGE _____
ADDRESS _____ DATE _7/18/01_

℞ Triamcinolone oint 0.1% 7 tubes
      apply ∅ bid
      apply to skin bid
      for control

_____ M.D.

LABEL ✓
REFILL _____ TIMES

INTERCHANGE IS MANDATED UNLESS
THE PRACTITIONER WRITES THE WORDS
"NO SUBSTITUTION" IN THIS SPACE.

---

781 - 395-0075

**DAVID J. TAUB, M. D.**
DERMATOLOGY

ZERO GOVERNORS AVENUE          MEDFORD, MASS. 02155

NAME _Carlos G._____ AGE _____
ADDRESS _____ DATE _7/18/01_

℞ Methotrexate ointment
      2.5 mg
      E.o.D.
      vit B 5/2M PO
      for one mo. + 1 vacation
      per R.S. for 1 week

_____ M.D.

LABEL ✓
REFILL _____ TIMES

INTERCHANGE IS MANDATED UNLESS
THE PRACTITIONER WRITES THE WORDS
"NO SUBSTITUTION" IN THIS SPACE.