04-10288
USDC MA
Judge Zobel

# United States Court of Appeals
## For the First Circuit

No. 06-2340



UNITED STATES OF AMERICA,

Appellee,

v.

CARLOS ESPINOLA,

Defendant, Appellant.

---

**JUDGMENT**

Entered: September 27, 2007

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is affirmed. See 1st Cir. R. 27.0.(c).

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 10/19/07

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Tobin, Mr. Pelgro, Mr. Chaitowitz, Ms. Zacks, & Mr. Keene.]