# United States Court of Appeals
## For the First Circuit

No. 06-2340

UNITED STATES OF AMERICA,

Appellee,

v.

CARLOS ESPINOLA,

Defendant, Appellant.

ORDER OF COURT

Entered: March 11, 2008

After we summarily affirmed defendant's sentence, United States v. Espinola, 242 F. App'x 709 (1st Cir. Sept. 27, 2007) (per curiam) (unpublished), the Supreme Court granted defendant's petition for certiorari, vacated this court's judgment, and remanded the case for reconsideration in light of Gall v. United States, 128 S. Ct. 586 (2007), which post-dated this court's decision. To aid our reconsideration, the parties are directed to file supplemental briefs, not exceeding 10 pages, within 14 days of the date of this order, addressing the effect, if any, of Gall on the issues raised by this appeal.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: David Tobin, AUSA, Michael Pelgro, AUSA, Dina Michael Chaitowitz, AUSA, Jennifer Zacks, AUSA, Bradford Keene, Esq.]