CLOSED, MAG

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10288-RWZ-1

| | |
|---|---|
| Case title: USA v. Espinola et al | Date Filed: 09/22/2004 |
| Magistrate judge case number: 1:04-mj-01809-CBS | Date Terminated: 08/15/2006 |

Assigned to: Judge Rya W. Zobel

Appeals court case number: 06-2340
First Circuit

### Defendant (1)

| | | |
|---|---|---|
| **Carlos Espinola**<br>*TERMINATED: 08/15/2006* | represented by | **Bradford E. Keene**<br>Keene & Gizzi PC<br>22 Broadway<br>Suite 402<br>Lynnfield, MA 01940<br>781-346-6500<br>Fax: 781-346-6355<br>Email: bkmogul@aol.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 Conspiracy to Possess with Intent to Distribute, and to Distribute, Oxycodone<br>(1) | The defendant was sentenced to 148 months BOP; 3 Years SR; SA $100.00; no fine; Standard Condtions; no firearms; submit DNA; SC; drug testing & counseling; mental health treatment; Recommendations: Allenwood; and the 500 Hour Drug Treatment Program; |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| 21:846 and 841(a)(1) - DID KNOWINGLY AND INTENTIONALLY CONSPIRE TO DISTRIBUTE OXYCODONE, A SCHEDULE II CONTROLLED SUBSTANCE, AND DID KNOWINGLY AND INTENIONALLY DISTRIBUTE OXYCODONE, A SCHEDULE II CONTROLLED SUBSTANCE ON THE DATES AND IN THE PLACES LISTED IN THIS COMPLAINT | |

**Plaintiff**

**USA**     represented by   **David G. Tobin**
United States Attorneys Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3392
Fax: 617-748-3965
Email: David.Tobin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Pelgro**
Foley Hoag LLP
155 Seaport Blvd
Boston, MA 02210
617-832-1181
Fax: 617-832-7000
Email: mpelgro@foleyhoag.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2004 | 1 | SEALED COMPLAINT as to Carlos Espinola (1), Jose Melo (2), Joseph Baldassano (3), Matthew Cream (4), Jason Matthews (5), Joseph Allen (6), Keith Behsman (7), Jonathan Mitchell (8), James Gardner (9), Philip Albert Jr. (10), Jared Knowlton (11), Archi[1:04bald Macleod (12), Giuseppe Torrente (13). (Catino3, Theresa)[1:04-mj-01809-CBS] (Entered: 06/30/2004) |

CM/ECF - USDC Massachusetts - Version 3.1.1.4 - as of 12/15/2007
Case 1:04-cr-10288-RWZ   Document 47-2   Filed 03/13/2008   Page 3 of 20
Page 3 of 20

| | | |
|---|---|---|
| 06/29/2004 | 2 | AFFIDAVIT of Steven C. Story by USA as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton, Archibald Macleod, Giuseppe Torr[1:04ente 1 Complaint (Sealed), filed. (Catino3, Theresa)[1:04-mj-01809-CBS] (Entered: 06/30/2004) |
| 06/29/2004 | 3 | MOTION to Seal Case as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton, Archibald Macleod, Giuseppe Torrente by USA., f[1:04iled. (Catino3, Theresa)[1:04-mj-01809-CBS] (Entered: 06/30/2004) |
| 06/29/2004 | | Judge Charles B. Swartwood : Electronic ORDER entered granting 3 Motion to Seal Case as to Carlos Espinola (1), Jose Melo (2), Joseph Baldassano (3), Matthew Cream (4), Jason Matthews (5), Joseph Allen (6), Keith Behsman (7), Jonathan Mitchell (8),[1:04 James Gardner (9), Philip Albert Jr. (10), Jared Knowlton (11), Archibald Macleod (12), Giuseppe Torrente (13) (Catino3, Theresa)[1:04-mj-01809-CBS] (Entered: 06/30/2004) |
| 06/29/2004 | | Arrest Warrant Issued as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton, Archibald Macleod, Giuseppe Torrente. (Catino3[1:04, Theresa)[1:04-mj-01809-CBS] (Entered: 06/30/2004) |
| 06/30/2004 | 4 | MOTION to Unseal Case as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton, Archibald Macleod, Giuseppe Torrente by USA. [1:04 (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 06/30/2004 | | Judge Charles B. Swartwood : Electronic ORDER entered granting 4 Motion to Unseal Case as to Carlos Espinola (1), Jose Melo (2), Joseph Baldassano (3), Matthew Cream (4), Jason Matthews (5), Joseph Allen (6), Keith Behsman (7), Jonathan Mitchell (8[1:04), James Gardner (9), Philip Albert Jr. (10), Jared Knowlton (11), Archibald Macleod (12), Giuseppe Torrente (13). "ALLOWED." cc/cl (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 06/30/2004 | | Arrest of Carlos Espinola (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 06/30/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Initial Appearance as to Carlos Espinola held on 6/30/2004. Case called, AUSA Pelgro, PTS Cronin & Dft--without counsel appear, Defendant advised of rights and in[1:04formed of charges, Defendant states that he will retain counsel, Government moves for detention, Cas continued for Probable Cause & Detention, Dft remanded to the custody of the US Marshal. (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |

| | | |
|---|---|---|
| 06/30/2004 | 18 | Judge Charles B. Swartwood : ORDER OF TEMPORARY DETENTION as to Carlos Espinola ; Detention Hearing set for 7/2/2004 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 07/02/2004) |
| 07/02/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Detention Hearing as to Carlos Espinola, Joseph Baldassano, Matthew Cream, Jason Matthews held on 7/2/2004, Preliminary Examination as to Carlos Espinola, Joseph B[1:04aldassano, Matthew Cream, Jason Matthews held on 7/2/2004. Case called, Counsel (Tobin, Pelgro, Zorrola, Weinstein, Entine, Keane) & Defendants appear, Counsel request continuance, Case continued. Dfts' remanded to the custody of the US Marshal[1:04. (2:49 P.) (Roland, Lisa)[1:04-mj-01809-CBS] (Entered: 07/06/2004) |
| 07/09/2004 | 33 | Arrest Warrant Returned Executed on 6/30/04 as to Carlos Espinola. (Hassett, Kathy)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/12/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Case called, Government calls Special Agent Steven Story, Cross, Government rests, Defendant's rest. Court finds probable cause as to Mr. Baldassano, detentio[1:04n argued as to Baldassano. Mr. Cream stipulates as to probable cause. Government and Mr. Cream's counsel argue detention. Government and Mr. Espinola's counsel argue PC, Mr. Espinola's detention continued until 7/13/04 at 3:15. Court f[1:04inds probable cause as to Mr. Matthews, counsel argues detention. Mr Baldassano and Mr. Cream matters as to detention taken under advisement. Mr. Matthews probable cause taken under advisement and released on conditions.Detention Hearing as to Carlos[1:04 Espinola, Joseph Baldassano, Matthew Cream, Jason Matthews held on 7/12/2004, Preliminary Examination as to Carlos Espinola, Joseph Baldassano, Matthew Cream, Jason Matthews held on 7/12/2004 (Tape #11:10, 1:59, 3:59.) (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/12/2004 | 34 | EXHIBIT/WITNESS LIST by Carlos Espinola, Joseph Baldassano, Matthew Cream, Jason Matthews (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/12/2004 | 37 | NOTICE OF ATTORNEY APPEARANCE: Bradford E Keene appearing for Carlos Espinola (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/13/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood : Counsel appear (Tobin Keene) for continuation of detention hearing, counsel argue, matter taken under advisement.Detention Hearing as to Carlos Espinola held on 7[1:04/13/2004 (Tape #3:45.) (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/13/2004) |
| 07/14/2004 | | Notice of correction to docket made by Court staff. Correction: Document # 26 deleted because: duplicate entry (#19) as to Jonathan Mitchell. (Hassett, Kathy)[1:04-mj-01809-CBS] (Entered: 07/14/2004) |
| 07/15/2004 | | Attorney update in case as to Carlos Espinola, Jose Melo, Joseph |

| | | |
|---|---|---|
| | | Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton, Archibald Macleod, Giuseppe Torrente. Attorn[1:04ey David G. Tobin for USA; added. (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/15/2004) |
| 07/16/2004 | 54 | Judge Charles B. Swartwood : ORDER entered Memorandum of Probable Cause and ORDER OF DETENTION as to Carlos Espinola, Joseph Baldassano, Matthew Cream, Jason Matthews. ORDER ON PROBABLE CAUSE as to Carlos Espinola, Joseph Baldassano, Matthew Cream, [1:04Jason Matthews. (cc/cl) (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 07/16/2004) |
| 08/02/2004 | 73 | NOTICE OF ATTORNEY APPEARANCE Michael J. Pelgro appearing for USA, c/s. (Jones, Sherry)[1:04-mj-01809-CBS] (Entered: 08/02/2004) |
| 09/22/2004 | 90 | INDICTMENT as to Carlos Espinola (1) count(s) 1, Jose Melo (2) count(s) 1, 16-17, Joseph Baldassano (3) count(s) 1, 5, 6, 16-17, Matthew Cream (4) count(s) 1, 10, 11, Jason Matthews (5) count(s) 1, Joseph Allen (6) count(s) 1, 16, Keith Behsman (7) count(s) 1, 2, 3, 4-5, 6, 7-8, 10, Jonathan Mitchell (8) count(s) 1, 5, 7, James Gardner (9) count(s) 1, 8, Philip Albert Jr. (10) count(s) 1, 4, Jared Knowlton (11) count(s) 1, 6, Archibald Macleod (12) count(s) 1, 9, 13-15, Giuseppe Torrente (13) count(s) 1, 11, 12. (Attachments: # 1) (Gawlik, Cathy) (Entered: 09/22/2004) |
| 09/22/2004 | | Judge Nancy Gertner : ORDER entered ORDER REFERRING CASE to Magistrate Judge Charles B. Swartwood Reason for referral: pretrial proceedings as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton, Archibald Macleod, Giuseppe Torrente (Gawlik, Cathy) (Entered: 09/22/2004) |
| 09/23/2004 | 130 | MOTION to Dismiss Complaint as to Carlos Espinola , c/s. (Roland, Lisa) (Entered: 12/09/2004) |
| 09/23/2004 | 131 | MEMORANDUM Of Law in Support by Carlos Espinola re 130 MOTION to Dismiss, c/s. (Roland, Lisa) (Entered: 12/09/2004) |
| 09/28/2004 | 93 | NOTICE OF HEARING as to Carlos Espinola, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jared Knowlton ; Arraignment set for 10/4/2004 10:00 AM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. Arraignment for Jonathan Mitchell set for 10/4/2004 @ 11:30 am, cc/cl.(Roland, Lisa) Additional attachment(s) added on 9/29/2004 (Roland, Lisa). (Entered: 09/28/2004) |
| 10/04/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to Carlos Espinola (1) Count 1 and Jared Knowlton (11) Count 1,6 and Jason Matthews (5) Count 1 and Joseph Allen (6) Count 1,16 held on 10/4/2004, Case called, Counsel (Tobin, Keene, Welsh, Sultan, Natola), PTS Picozzi, & defendants appear, |

| | | |
|---|---|---|
| | | Defendants informed of rights, charges and maximum penalties. Not Guilty Plea entered by Dft Espinola on Count 1, Not Guilty Plea entered by Dft Matthews on Count 1, Not Guilty Plea entered by Dft Allen on Counts 1 & 16, Not Guilty Plea entered by Jared Knowlton on counts 1 & 6, Scheduling Order issued, Dft Espinola & Dft Matthews remanded to the custody of US Marshal. (10:26 A.) (Roland, Lisa) (Entered: 10/04/2004) |
| 10/04/2004 | 98 | NOTICE OF HEARING as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton, Archibald Macleod, Giuseppe Torrente; Status Conference set for 11/15/2004 02:30 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. cc/cl. (Roland, Lisa) (Entered: 10/05/2004) |
| 10/04/2004 | 99 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton, Archibald Macleod, Giuseppe Torrente; Time excluded from October 4, 1004 until October 18, 2004, cc/cl. (Roland, Lisa) (Entered: 10/05/2004) |
| 10/04/2004 | 100 | Judge Charles B. Swartwood : SCHEDULING ORDER as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton, Archibald Macleod, Giuseppe Torrente, cc/cl. (Roland, Lisa) (Entered: 10/05/2004) |
| 10/21/2004 | 112 | MOTION to Revoke Detention Order as to Carlos Espinola . (Attachments: # Part 2)(Filo, Jennifer) Additional attachment(s) added on 10/27/2004 (Filo, Jennifer). (Entered: 10/25/2004) |
| 10/21/2004 | 113 | MOTION to Dismiss Indictment with Prejudice as to Carlos Espinola . (Filo, Jennifer) Additional attachment(s) added on 10/27/2004 (Filo, Jennifer). (Entered: 10/25/2004) |
| 10/21/2004 | 117 | MEMORANDUM OF LAW in Support by Carlos Espinola re 112 MOTION to Revoke Detention Order (Attachments: # 1 Exhibit A)(Filo, Jennifer) (Entered: 10/27/2004) |
| 10/21/2004 | 118 | MEMORANDUM OF LAW in Support by Carlos Espinola re 113 MOTION to Dismiss Indictment with Prejudice (Filo, Jennifer) (Entered: 10/27/2004) |
| 10/25/2004 | 115 | Judge Nancy Gertner : ORDER entered ORDER OF RECUSAL in case as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton, Archibald Macleod, Giuseppe Torrente (Filo, Jennifer) (Entered: 10/26/2004) |
| 10/26/2004 | 116 | Judge Nancy Gertner : ORDER entered NOTICE REASSIGNING CASE/DEFENDANT as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith |

| | | |
|---|---|---|
| | | Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton, Archibald Macleod, Giuseppe Torrente Case reassigned to Judge Rya W. Zobel for all further proceedings. Judge Nancy Gertner no longer assigned to case Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Filo, Jennifer) (Entered: 10/26/2004) |
| 11/04/2004 | 120 | BILL OF PARTICULARS as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton, Archibald Macleod, Giuseppe Torrente, c/s. (Roland, Lisa) (Entered: 11/05/2004) |
| 11/05/2004 | | Notice of correction to docket made by Court staff. Correction: #120 Motion for Bill of Particulars (Pleading has NG as Judge, should be RWZ) as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton, Archibald Macleod, Giuseppe Torrente (Johnson, Jay) (Entered: 11/05/2004) |
| 11/15/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton, Archibald Macleod, Giuseppe Torrente held on 11/15/2004. Case called, Counsel (Tobin, Keene, Welsh, Sultan, O'Reilly, Beauparlant, Natola) appear by telephone, Atty Linson & Salinas appear in person, Counsel request additional time, Case continued, Time to be excluded. (2:38, 3:03.) (Roland, Lisa) (Entered: 11/15/2004) |
| 11/17/2004 | 124 | Judge Charles B. Swartwood : STATUS REPORT as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton, Archibald Macleod, Giuseppe Torrente; Status Conference set for 1/27/2005 02:00 PM in BOSTON, Courtroom 16 before Magistrate Judge Charles B. Swartwood. ALL COUNSEL MUST APPEAR IN PERSON, cc/cl. (Roland, Lisa) (Entered: 11/18/2004) |
| 11/17/2004 | 125 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert Jr., Jared Knowlton, Archibald Macleod, Giuseppe Torrente; Time excluded from October 18, 2004 until January 27, 2005, cc/cl. (Roland, Lisa) (Entered: 11/18/2004) |
| 11/22/2004 | 126 | Opposition by USA as to Carlos Espinola re 113 MOTION to Dismiss (Tobin, David) (Entered: 11/22/2004) |
| 12/08/2004 | 132 | Judge Charles B. Swartwood : ORDER entered denying 130 (# 91 in Mag Case) Motion to Dismiss as to Carlos Espinola (1); denying 87 Motion to Dismiss as to Joseph Allen (6), cc/cl. (Roland, Lisa) (Entered: 12/09/2004) |
| 12/17/2004 | | NOTICE OF HEARING ON MOTION as to Carlos Espinola, Jose Melo, |

| | | |
|---|---|---|
| | | Joseph Baldassano Motion Hearing set for 12/20/2004 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 12/17/2004) |
| 12/20/2004 | | electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Motion Hearing as to Carlos Espinola, Jose Melo, Joseph Baldassano held on 12/20/2004 re 112 MOTION to Revoke filed by Carlos Espinola, 121 MOTION for Release from Custody MOTION to Revoke filed by Jose Melo, 123 MOTION to Revoke *Order of Detention* filed by Joseph Baldassano. All defendants released from custody on conditions: (Court Reporter Romanow.) (Urso, Lisa) (Entered: 12/20/2004) |
| 12/20/2004 | | Judge Rya W. Zobel : electronic ORDER entered granting 112 Motion to Revoke as to Carlos Espinola (1); granting 121 Motion for Release from Custody as to Jose Melo (2); granting 121 Motion to Revoke as to Jose Melo (2); granting 123 Motion to Revoke as to Joseph Baldassano (3) (Urso, Lisa) (Entered: 12/20/2004) |
| 12/20/2004 | | Bond Set/Reset as to Carlos Espinola (1) 50,000 unsecured. (Urso, Lisa) (Entered: 12/20/2004) |
| 12/20/2004 | 136 | Judge Rya W. Zobel : ORDER entered ORDER Setting Conditions of Release as to Carlos Espinola (1) 50,000 unsecured (Urso, Lisa) (Entered: 12/20/2004) |
| 01/03/2005 | | Judge Rya W. Zobel : endorsedORDER entered denying 113 Motion to Dismiss as to Carlos Espinola (1). The time between arrest and indictment that was not excluded, does not exceed the statutory maximum. (Urso, Lisa) (Entered: 01/04/2005) |
| 01/27/2005 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod, Giuseppe Torrente held on 1/27/2005. Case called, Counsel (Pelgro, Tobin, Keene, Neiman, Weinstein, Linson, Sultan, Bourbeau, Sweeney, Natola, Beauparlant) appear, Counsel request additional time, Case continued, Time to be excluded. (2:13 P.) (Roland, Lisa) (Entered: 01/27/2005) |
| 01/31/2005 | 145 | Judge Charles B. Swartwood : STATUS REPORT as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod, Giuseppe Torrente; Status Conference set for 4/13/2005 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. Dft Keith Behsman to be returned to the District Judge. cc/cl (Roland, Lisa) (Entered: 02/02/2005) |
| 01/31/2005 | 146 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod, Giuseppe |

|            |       |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
|------------|-------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |       | Torrente: Time excluded from January 27, 2005 until March 18, 2005, cc/cl. (Roland, Lisa) (Entered: 02/02/2005)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
| 02/11/2005 | 152   | Judge Charles B. Swartwood : ORDER entered as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod, Giuseppe Torrente, cc/cl. (Roland, Lisa) (Entered: 02/11/2005)                                                                                                                                                                                                                                                                                                                                        |
| 02/17/2005 | 155   | Letter (non-motion) regarding Discovery as to Carlos Espinola (Hassett, Kathy) (Entered: 02/17/2005)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |
| 02/18/2005 | 156   | MOTION for leave to join in motion of co-defendant McLeod to strike surplusage from Indictment as to Carlos Espinola, c/s. (Jones, Sherry) (Entered: 02/18/2005)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         |
| 02/23/2005 | 162   | Letter (non-motion) regarding Discovery as to Carlos Espinola (Tobin, David) (Entered: 02/23/2005)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |
| 02/24/2005 | 165   | MOTION for Joinder in Motion of Co-Defendant McLeod to Strike Surplusage from Indictment as to Mathew Cream. (Johnson, Jay) Modified on 3/2/2005 (Johnson, Jay). (Entered: 03/01/2005)                                                                                                                                                                                                                                                                                                                                                                                                                                                                   |
| 03/03/2005 |       | Judge Rya W. Zobel : endorsedORDER entered granting 165 Motion for Joinder as to Carlos Espinola (1) (Urso, Lisa) (Entered: 03/03/2005)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |
| 03/08/2005 | 172   | (Ex-Parte) SEALED MOTION as to Carlos Espinolaby USA. (Johnson, Jay) (Entered: 03/08/2005)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                               |
| 03/11/2005 |       | Judge Charles B. Swartwood : Electronic ORDER entered granting 156 Motion for leave to Join in Motion as to Carlos Espinola (1); granting 157 Motion for leave to Join in Motion as to Matthew Cream (4); granting 158 Motion for leave to Join in Motion as to Philip Albert Jr. (10); granting 176 Motion for leave to Join in Motion as to Giuseppe Torrente (13). "Motions to Join ALLOWED." cc/cl (Roland, Lisa) (Entered: 03/11/2005)                                                                                                                                                                                                               |
| 04/11/2005 | 188   | RESPONSE to Motion by USA as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod, Giuseppe Torrente re 149 MOTION to Strike *SURPLUSAGE FROM INDICTMENT*, 157 MOTION for Leave to Join in Co-Defendant MacLeod's Motion to Strike Surplusage from Indictment, 158 MOTION for leave to join in motion of co-defendant McLeod to strike surplusage from the indictment, 161 MOTION to Strike, 153 MOTION for Joinder, 165 MOTION for Joinder, 176 MOTION for Joinder, 175 MOTION for Leave to File *Motion for Leave to Join Co-Defendants' Motions to Strike Surplusage from Indictment* (Tobin, David) (Entered: 04/11/2005) |
| 04/13/2005 | 189   | JOINT MOTION for Discovery as to Carlos Espinola, Joseph Allen, James Gardner, Philip Albert, Jr, Jared Knowlton, c/s.. (Jones, Sherry) (Entered: 04/13/2005)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            |

| | | |
|---|---|---|
| 04/13/2005 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod, Giuseppe Torrente held on 4/13/2005. Case called, Counsel (Tobin, Keane, Linson, Welsh, Sultan, Sullivan, Beauparlant, Salinas) appear, Discovery motion filed, All defendants who want to join must file a motion, Counsel request additional time, Case continued, Time to be excluded. (2:28 P.) (Roland, Lisa) (Entered: 04/15/2005) |
| 04/13/2005 | 191 | Judge Charles B. Swartwood : STATUS REPORT as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod, Giuseppe Torrente; Status Conference set for 6/21/2005 11:00 AM IN BOSTON, Courtroom 16 before Magistrate Judge Charles B. Swartwood. cc/cl. (Roland, Lisa) (Entered: 04/15/2005) |
| 04/13/2005 | 192 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod, Giuseppe Torrente; Time excluded from March 18, 2005 until May 19, 2005, cc/cl. (Roland, Lisa) (Entered: 04/15/2005) |
| 04/15/2005 | | Set Deadlines re Motion or Report and Recommendation in case as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod, Giuseppe Torrente 189 MOTION for Discovery. Motion Hearing set for 5/19/2005 11:00 AM, IN BOSTON, Courtroom 16 before Magistrate Judge Charles B. Swartwood. (Roland, Lisa) (Entered: 04/15/2005) |
| 05/03/2005 | 203 | RESPONSE to Motion by USA as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod, Giuseppe Torrente re 189 MOTION for Discovery (Tobin, David) (Entered: 05/03/2005) |
| 05/11/2005 | | NOTICE OF HEARING ON MOTION as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod, Giuseppe Torrente: Motion Hearing set for 5/19/2005 11:00 AM, IN WORCESTER, Courtroom 1 before Magistrate Judge Charles B. Swartwood. cc/cl. (Roland, Lisa) (Entered: 05/11/2005) |
| 05/19/2005 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Motion Hearing as to Carlos Espinola, Jose Melo, Matthew Cream, Jason Matthews, Joseph Allen, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod held on |

| | | |
|---|---|---|
| | | 5/19/2005 re 189 MOTION for Discovery filed by Jared Knowlton. Case called. Counsel (Tobin, Salinas, Sultan, Witkin, Natola, Welsh, Keene, Beauparlant) appear. The Court hears arguments on motion. Matter taken under advisement. Order to issue. (11:35 A.) (Roland, Lisa) (Entered: 06/02/2005) |
| 06/02/2005 | 210 | Judge Charles B. Swartwood : ORDER entered granting in part and denying in part 189 Motion for Discovery as to Carlos Espinola (1), Joseph Allen (6), James Gardner (9), Philip Albert Jr. (10), Jared Knowlton (11), cc/cl. (Roland, Lisa) (Entered: 06/02/2005) |
| 06/21/2005 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod held on 6/21/2005. Case called, Counsel (Tobin, Keene, Weinstein, Linson, Welsh, Mangan, Sweeney, Beauparlant, Selinas, Natola, Witkin) appear, Case to be sent back to the District Judge, Time to be excluded, Final Status report to issue. (11:17 A.) (Roland, Lisa) (Entered: 06/21/2005) |
| 06/22/2005 | 217 | Judge Charles B. Swartwood : FINAL STATUS REPORT as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod, cc/cl. (Roland, Lisa) (Entered: 06/24/2005) |
| 06/22/2005 | 218 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod; Time excluded from May 19, 2005 until June 21, 2005, cc/cl. (Roland, Lisa) (Entered: 06/24/2005) |
| 06/24/2005 | | Case as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod, Giuseppe Torrente no longer referred to Magistrate Judge Charles B. Swartwood. (Roland, Lisa) (Entered: 06/24/2005) |
| 08/01/2005 | | NOTICE OF HEARING as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod Status Conference set for 8/11/2005 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 08/01/2005) |
| 08/01/2005 | | NOTICE OF RESCHEDULING as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod Status Conference RESET for 8/17/2005 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 08/01/2005) |

| | | |
|---|---|---|
| 08/02/2005 | 224 | MOTION to Exclude *Time* as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Joseph Allen, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod, Giuseppe Torrenteby USA. (Tobin, David) (Entered: 08/02/2005) |
| 08/17/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Status Conference as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod held on 8/17/2005. Parties to let court know about their defendants; (Urso, Lisa) (Entered: 08/23/2005) |
| 09/07/2005 | 237 | MOTION to Exclude *Time* as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod, Giuseppe Torrenteby USA. (Tobin, David) (Entered: 09/07/2005) |
| 09/19/2005 | 240 | MOTION Defendant's Motion For Pre Plea Probation Sentencing Report *as to Archibald MacLeod* as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod, Giuseppe Torrenteby Archibald Macleod. (Witkin, Roger) (Entered: 09/19/2005) |
| 11/29/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 237 Motion to Exclude as to Carlos Espinola (1), Jose Melo (2), Joseph Baldassano (3), Matthew Cream (4), Jason Matthews (5), Joseph Allen (6), Keith Behsman (7), Jonathan Mitchell (8), James Gardner (9), Philip Albert Jr. (10), Jared Knowlton (11), Archibald Macleod (12), Giuseppe Torrente (13) (Urso, Lisa) (Entered: 11/29/2005) |
| 03/22/2006 | 288 | NOTICE OF ATTORNEY APPEARANCE Michael J. Pelgro appearing for USA. (Pelgro, Michael) (Entered: 03/22/2006) |
| 03/22/2006 | 289 | NOTICE *of Intent To Introduce Into Evidence Particular Audio And Video Recordings* as to Carlos Espinola, Joseph Allenby USA. (Pelgro, Michael) Modified on 3/23/2006 (Johnson, Jay). (Entered: 03/22/2006) |
| 03/23/2006 | | Notice of correction to docket made by Court staff. Correction: 289 Motion for Disclosure corrected because: WRONG EVENT the pleading is a Notice not a motion, there is a notice event on the menu report. E-mail sent describing the fix. (Johnson, Jay) (Entered: 03/23/2006) |
| 03/23/2006 | | Motions terminated as to Carlos Espinola, Joseph Allen: 289 MOTION for Disclosure filed by USA,. (Johnson, Jay) (Entered: 03/23/2006) |
| 03/23/2006 | | NOTICE OF HEARING as to Carlos Espinola, Joseph Baldassano, Joseph Allen Pretrial Conference set for 3/28/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 03/23/2006) |
| 03/27/2006 | 296 | Goverment's Ex Parte MOTION as to Carlos Espinolaby USA. (Urso, |

| | | |
|---|---|---|
| | | Lisa) (Entered: 03/28/2006) |
| 03/28/2006 | 🔵 | Judge Rya W. Zobel : endorsedORDER entered granting 296 Motion to Appoint Counsel as to Carlos Espinola (1) (Urso, Lisa) (Entered: 03/28/2006) |
| 03/28/2006 | 🔵297 | SEALED MOTION as to Carlos Espinola et al. (Johnson, Jay) (Entered: 03/29/2006) |
| 03/28/2006 | 🔵 | Judge Rya W. Zobel : Electronic ORDER entered. ELECTRONIC ENDORSEMENT as to Carlos Espinola: #296 Ex-Parte Motion (Johnson, Jay) (Entered: 04/03/2006) |
| 03/30/2006 | 🔵 | NOTICE OF RESCHEDULING as to Carlos Espinola, Joseph Baldassano, Joseph Allen Jury Trial reset for 5/8/2006 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 03/30/2006) |
| 03/30/2006 | 🔵 | Judge Rya W. Zobel : endorsedORDER entered granting 297 Sealed Motion as to Carlos Espinola (1) (Urso, Lisa) (Entered: 03/31/2006) |
| 04/04/2006 | 🔵305 | MOTION to Unseal Document *Complaint and Affidavit* as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod, Giuseppe Torrenteby USA. (Tobin, David) (Entered: 04/04/2006) |
| 04/04/2006 | 🔵306 | MOTION to Exclude *The Period From September 22, 2004 To And Including July 12, 2006 From The Time Within Which This Case Must Be Tried Under The Speedy Trial Act* as to Carlos Espinola, Joseph Allenby USA. (Pelgro, Michael) (Entered: 04/04/2006) |
| 04/05/2006 | 🔵307 | MOTION to Withdraw Document *Motion to Unseal* as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod, Giuseppe Torrenteby USA. (Tobin, David) (Entered: 04/05/2006) |
| 04/10/2006 | 🔵 | Judge Rya W. Zobel : endorsedORDER entered granting 306 Motion to Exclude as to Carlos Espinola (1), Joseph Allen (6) (Urso, Lisa) (Entered: 04/10/2006) |
| 04/12/2006 | 🔵310 | SEALED MOTION as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Matthews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod, Giuseppe Torrenteby USA. (Sonnenberg, Elizabeth) (Entered: 04/12/2006) |
| 04/13/2006 | 🔵 | Judge Rya W. Zobel : endorsedORDER entered denying 310 Sealed Motion as to Carlos Espinola (1), Joseph Allen (6) (Urso, Lisa) (Entered: 04/14/2006) |
| 05/01/2006 | 🔵 | NOTICE OF HEARING as to Carlos Espinola, Joseph Allen Pretrial Conference set for 5/3/2006 02:00 PM in Courtroom 12 before Judge |

|  |  | Rya W. Zobel. (Urso, Lisa) (Entered: 05/01/2006) |
| --- | --- | --- |
| 05/01/2006 | 332 | EXHIBIT/WITNESS LIST by USA as to Carlos Espinola, Joseph Allen (Tobin, David) (Entered: 05/01/2006) |
| 05/01/2006 | 333 | EXHIBIT/WITNESS LIST by USA as to Carlos Espinola, Joseph Allen (Tobin, David) (Entered: 05/01/2006) |
| 05/02/2006 |  | Notice of correction to docket made by Court staff. Correction: #332 and 333 Exhibit/Witness List corrected because: Attorney who files the document must sign the document as to Carlos Espinola, Joseph Allen. E-mail sent describing the fix. (Johnson, Jay) (Entered: 05/02/2006) |
| 05/02/2006 | 335 | MOTION in Limine *Concerning Admissibility Of Evidence Of Defendant Carlos Espinola's Possession Of A Handgun* as to Carlos Espinola, Joseph Allenby USA. (Pelgro, Michael) (Entered: 05/02/2006) |
| 05/02/2006 | 336 | First MOTION in Limine *to exclude defense expert witness* as to Carlos Espinola, Joseph Allenby USA. (Tobin, David) (Entered: 05/02/2006) |
| 05/02/2006 | 337 | MOTION in Limine *to allow certain government evidence* as to Carlos Espinola, Joseph Allenby USA. (Tobin, David) (Entered: 05/02/2006) |
| 05/02/2006 | 338 | MOTION in Limine *to exclude reference to pleas* as to Carlos Espinola, Joseph Allenby USA. (Tobin, David) (Entered: 05/02/2006) |
| 05/03/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Pretrial Conference as to Carlos Espinola, Joseph Allen held on 5/3/2006; 2 weeks for trial; finsih by 5/26/06; 12 jurors & 2 alternates; (Urso, Lisa) (Entered: 05/03/2006) |
| 05/04/2006 | 344 | EXHIBIT/WITNESS LIST by USA as to Carlos Espinola, Joseph Allen (Pelgro, Michael) (Entered: 05/04/2006) |
| 05/05/2006 | 346 | Proposed Voir Dire by USA as to Carlos Espinola, Joseph Allen (Pelgro, Michael) (Entered: 05/05/2006) |
| 05/05/2006 | 348 | MOTION for voir dire of prospective jurors as to Carlos Espinola. (Johnson, Jay) (Entered: 05/05/2006) |
| 05/05/2006 | 349 | EX-PARTE SEALED MOTION as to Carlos Espinola et alby USA. (Johnson, Jay) (Entered: 05/05/2006) |
| 05/05/2006 | 350 | SECOND EX_PARTE SEALED MOTION as to Carlos Espinolaby USA. (Johnson, Jay) (Entered: 05/05/2006) |
| 05/07/2006 | 353 | EXHIBIT/WITNESS LIST by USA as to Carlos Espinola, Joseph Allen (Pelgro, Michael) (Entered: 05/07/2006) |
| 05/08/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Voir Dire begun on 5/8/2006 Joseph Allen (6) on Count 1,16 and Carlos Espinola (1) on Count 1; Jury trial day one; jury of 14 selected; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 05/09/2006) |
| 05/09/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Rya W. |

| | | |
|---|---|---|
| | | Zobel :Jury Trial Day 2 as to Carlos Espinola, Joseph Allen held on 5/9/2006; Jury of 14 sworn; Goverment's opening; defendants(#1) opening; then #6 opening; Goverment witness #1 Maurice Aguilan; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 05/09/2006) |
| 05/10/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Jury Trial day 3 as to Carlos Espinola, Joseph Allen held on 5/10/2006;Continued direct of Aguilar; cross Keene; cross Sultan; redirect Tobin; Witness Paul Karamourtopoules: direct Tobin; cross Keene; cross Sultan; redirect Tobin; recross Keene; witness Amauris Calcano; direct Tobin; cross Keene; cross Sultan; redirect Tobin; witness Kevin Sawyer; direct Pelgro; cross Keene; cross Sultan; redirect Pelgro; witness Timothy Desmond; direct Peldro; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 05/12/2006) |
| 05/11/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Jury Trial Day 4 as to Carlos Espinola, Joseph Allen held on 5/11/2006; continued direct of Desmond by Pelgro; cross Keene; (no cross Sultan); redirect Pelgro; recross Keene; witness Joseph Baldassano; direct Pelgro; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 05/12/2006) |
| 05/11/2006 | 361 | Judge Rya W. Zobel : SEALED ORDER entered. as to Carlos Espinola, Joseph Allen (Urso, Lisa) (Entered: 05/15/2006) |
| 05/12/2006 | 356 | TRANSCRIPT of Jury Trial Day Four as to Carlos Espinola, Joseph Allen held on May 11, 2006 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/12/2006) |
| 05/12/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Jury Trial Day 5 as to Carlos Espinola, Joseph Allen held on 5/12/2006; continued direct of Baldassano of Pelgro; cross by Keene; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 05/16/2006) |
| 05/15/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Jury Trial Day 6 as to Carlos Espinola, Joseph Allen held on 5/15/2006; Baldassano continued cross by Keene of Baldassano; cross by Sultan; redirect of Pelgro; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 05/16/2006) |
| 05/16/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Jury Trial Day 7 as to Carlos Espinola, Joseph Allen held on 5/16/2006; Goverment witness #7 Michelle Danicki; direct of Tobin; cross of Keene; rediect of Tobin; Baldassano continued redirect of Pelgro; recross of Keene' recross of Sultan; Goverment witness #8 Richard Lane; direct of Tobin; cross Sultan; redirect of Tobin; Goverment witness #9 Jeffrey King; direct of Tobin; cross of Sultan; redirect of Tobin; witness #10 Smantha O'Brien; direct of Pelgro; cross of Sultan; redirect of Pelgro; witness #11 Tom Prendergast; direct of |

| | | |
|---|---|---|
| | | Tobin; cross of Keene; cross of Sultan; redirect of Tobin; (Court Reporter Lee Marzelli.) (Urso, Lisa) (Entered: 05/16/2006) |
| 05/17/2006 | 369 | Proposed Jury Instructions by USA as to Carlos Espinola, Joseph Allen (Pelgro, Michael) (Entered: 05/17/2006) |
| 05/17/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Jury Trial Day 8 as to Carlos Espinola, Joseph Allen held on 5/17/2006; Goverment witness #12 Steven Aph; direct by Tobin; cross of Keene; redirect of Tobin; recross of Keene; witness #13 Ryan Caverly; direct of Tobin; cross of Keene; redirect of Tobin; recross of Keene; witness #14 Kevin Teixeira; direct of Pelgro; cross of Keene; cross; of Sultan; redirect of Pelgro; witness #15 Olen Colehi; direct of Tobin; (Court Reporter Lee Marzilli.) (Urso, Lisa) (Entered: 05/18/2006) |
| 05/18/2006 | 371 | Requests for Jury Instructions as to Carlos Espinola (Urso, Lisa) (Entered: 05/18/2006) |
| 05/18/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Jury Trial Day 9 as to Carlos Espinola, Joseph Allen held on 5/18/2006; Glen Colehi continued direct of Tobin; cross of Keene; cross of Sultan; redirect of Tobin; witness #16 Danny Genese; direct of Pelgro; cross of Keene; cross of Sultan; redirect of Pelgro; recross of Keene; witness #17 James Marr; direct of Pelgro; cross of Keene; cross of Sultan; redirect of Pelgro; witness #18 Richard Guerard; direct of Pelgro; cross of Keene; cross of Sultan; witness #19 Robert Tibert; direct of Tobin; cross of Sultan; witness #20 Joseph Grondin; direct of Tobin; cross of Keene; redirect of Tobin; recross of Keene; witness #21 Roger Godino; direct of Tobin; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 05/18/2006) |
| 05/19/2006 | 374 | TRANSCRIPT of Jury Trial - Day Seven as to Carlos Espinola, Joseph Allen held on May 16, 2006 before Judge Zobel. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/19/2006) |
| 05/19/2006 | 375 | TRANSCRIPT of Jury Trial - Day Eight as to Carlos Espinola, Joseph Allen held on 5/17/06 before Judge Zobel. Court Reporter: Lee Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) Modified on 9/20/2006 (Scalfani, Deborah). (Entered: 05/19/2006) |
| 05/19/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Jury Trial Day ten as to Carlos Espinola, Joseph Allen held on 5/19/2006; jury charge at 8:30 a.m.; Goverment rests; Sultan files Rule 29 motion; Keene rests; Sultan puts in documentary evidence; Sultan rests; Sultan files 2nd Rule 29 motion; Govment closing by Tobin; Espinola closing by Keene; Allen closing by Sultan; Goverment rebuttal by Tobin; Jury charge 1:00 p.m.; Jury leaves at 4:00 p.m. (Court Reporter |

CM/ECF - USDC Massachusetts - Version ESR 3.1.2 as of 12/15/2007
Case 1:04-cr-10288-RWZ   Document 471-2   Filed 03/13/2008   Page 17 of 20
Page 17 of 20

| | | |
|---|---|---|
| | | Catherine Handel.) (Urso, Lisa) (Entered: 05/22/2006) |
| 05/22/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Jury Trial Day 11 as to Carlos Espinola, Joseph Allen held on 5/22/2006; question at 12:45; Jury verdict 2:10 p.m.; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 05/22/2006) |
| 05/22/2006 | 381 | JURY VERDICT as to Carlos Espinola (1) Guilty on Count 1. (Urso, Lisa) (Entered: 05/23/2006) |
| 05/22/2006 | 382 | Judge Rya W. Zobel : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Carlos Espinola Sentencing set for 8/15/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 05/23/2006) |
| 05/23/2006 | 377 | TRANSCRIPT of Jury Trial Day Five as to Carlos Espinola, Joseph Allen held on May 12, 2006 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/23/2006) |
| 07/03/2006 | 401 | Notice of Intent to Use Transcript of Joseph Baldassano's Trial Testimony as to Carlos Espinola, Joseph Allen, Jonathan Mitchell, James Gardner, Philip Albert, Jrby USA. (Tobin, David) Modified on 7/5/2006 (Johnson, Jay). (Entered: 07/03/2006) |
| 07/05/2006 | | Notice of correction to docket made by Court staff. Correction: #401 "Motion in Limine" corrected because: Wrong Event as to Carlos Espinola, Joseph Baldassano, Joseph Allen, Jonathan Mitchell, James Gardner, Philip Albert, Jr. Pleading should have been filed as a notice (other). E-mail sent describing the fix. (Johnson, Jay) (Entered: 07/05/2006) |
| 07/05/2006 | | Motions terminated as to Carlos Espinola, Joseph Baldassano, Joseph Allen, Jonathan Mitchell, James Gardner, Philip Albert, Jr: 401 MOTION in Limine filed by USA,. (Johnson, Jay) (Entered: 07/05/2006) |
| 08/01/2006 | 417 | MOTION to Reduce Sentence *(Downward Departure)* as to Carlos Espinola. (Keene, Bradford) (Entered: 08/01/2006) |
| 08/11/2006 | 419 | SENTENCING MEMORANDUM by USA as to Carlos Espinola (Tobin, David) (Entered: 08/11/2006) |
| 08/14/2006 | 420 | SUPPLEMENTAL SENTENCING MEMORANDUM by USA as to Carlos Espinola, Jose Melo, Joseph Baldassano, Matthew Cream, Jason Mathews, Joseph Allen, Keith Behsman, Jonathan Mitchell, James Gardner, Philip Albert, Jr, Jared Knowlton, Archibald Macleod, Giuseppe Torrente (Attachments: # 1)(Tobin, David) Modified on 8/15/2006 (Johnson, Jay). (Entered: 08/14/2006) |
| 08/15/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Sentencing held on 8/15/2006 for Carlos Espinola (1), Count(s) 1, The defendant was sentenced to 148 months BOP; 3 Years SR; SA |

| Date | No. | Description |
|---|---|---|
| | | $100.00; no fine; Standard Condtions; no firearms; submit DNA; SC; drug testing & counseling; mental health treatment; Recommendations: Allenwood; and the 500 Hour Drug Treatment Program;. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 08/16/2006) |
| 08/15/2006 | 422 | Judge Rya W. Zobel : ORDER entered. JUDGMENT as to Carlos Espinola (1), Count(s) 1. The defendant was sentenced to 148 months BOP; 3 Years SR; SA $100.00; no fine; Standard Condtions; no firearms; submit DNA; SC; drug testing & counseling; mental health treatment; Recommendations: Allenwood; and the 500 Hour Drug Treatment Program; (Urso, Lisa) (Entered: 08/17/2006) |
| 08/23/2006 | 427 | NOTICE OF APPEAL by Carlos Espinola re 422 Judgment,. Filing fee $ 455. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/12/2006. (Johnson, Jay) (Entered: 08/24/2006) |
| 08/24/2006 | 428 | TRANSCRIPT of Sentencing Hearing as to Carlos Espinola held on August 15, 2006 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 08/24/2006) |
| 09/11/2006 | 437 | TRANSCRIPT ORDER FORM by Carlos Espinola for proceedings held on 5/8 5/9 5/19 5/17 8/15 06 before Judge Zobel, (Johnson, Jay) (Entered: 09/12/2006) |
| 09/14/2006 | 439 | Certified and Transmitted Record on Appeal as to Carlos Espinola to US Court of Appeals re 427 Notice of Appeal, (Attachments: # 1)(Ramos, Jeanette) (Entered: 09/14/2006) |
| 09/20/2006 | | TRANSCRIPT ORDER ACKNOWLEDGMENT FORM received from USCA and addressed to Catherine Handel as to Carlos Espinola' Transcript order form filed in USCA on 9/19/06. Transcripts ordered: Trial 5/8-5/10/2006, 5/15/06, 5/18/06, 5/19/06, 5/22/06 due by 11/20/2006. (Scalfani, Deborah) (Entered: 09/20/2006) |
| 09/20/2006 | 442 | Transmitted Supplemental Record on Appeal as to Carlos Espinola re 427 Notice of Appeal, Documents included: 356, 374, 375, 377 (Scalfani, Deborah) (Entered: 09/20/2006) |
| 09/25/2006 | 443 | USCA Case Number as to Carlos Espinola 06-2340 for 427 Notice of Appeal, filed by Carlos Espinola,. (Ramos, Jeanette) (Entered: 09/25/2006) |
| 09/29/2006 | 446 | First MOTION for Medical Treatment as to Carlos Espinola. (Keene, Bradford) (Entered: 09/29/2006) |
| 10/04/2006 | 447 | TRANSCRIPT of Jury Trial Day Two as to Carlos Espinola, Joseph Allen held on May 9, 2006 before Judge Zobel. Court Reporter: |

CM/ECF - USDC Massachusetts - Version NSR 3.1.1 as of
Case 1:04-cv-10288-RWZ    Document 471-2    Filed 06/13/2008    Page 19 of 20
Page 19 of 20

| | | |
|---|---|---|
| | | Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/04/2006) |
| 10/04/2006 | 448 | TRANSCRIPT of Jury Trial Day Six as to Carlos Espinola, Joseph Allen held on May 15, 2006 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/04/2006) |
| 10/04/2006 | 449 | Transmitted Supplemental Record on Appeal as to Carlos Espinola re 427 Notice of Appeal, Documents included: 447-448 (Scalfani, Deborah) (Entered: 10/04/2006) |
| 10/06/2006 | 450 | TRANSCRIPT of Jury Trial Day Nine as to Carlos Espinola, Joseph Allen held on May 18, 2006 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/10/2006) |
| 10/10/2006 | 451 | Transmitted Supplemental Record on Appeal as to Carlos Espinola, Joseph Allen re 427 Notice of Appeal, Documents included: 450 (Scalfani, Deborah) (Entered: 10/10/2006) |
| 10/23/2006 | 453 | TRANSCRIPT of Jury Trial Day One as to Carlos Espinola, Joseph Allen held on May 8, 2006 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/23/2006) |
| 10/23/2006 | 454 | Transmitted Supplemental Record on Appeal as to Carlos Espinola, Joseph Allen re 427 Notice of Appeal, Documents included: 453 (Scalfani, Deborah) (Entered: 10/23/2006) |
| 11/14/2006 | 458 | TRANSCRIPT of Jury Trial Day Three as to Carlos Espinola, Joseph Allen held on May 10, 2006 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/14/2006) |
| 11/14/2006 | 459 | TRANSCRIPT of Jury Trial Day Ten as to Carlos Espinola, Joseph Allen held on May 19, 2006 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/14/2006) |
| 11/14/2006 | 460 | TRANSCRIPT of Jury Question as to Carlos Espinola, Joseph Allen held |

| | | |
|---|---|---|
| | | on May 22, 2006 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/14/2006) |
| 11/14/2006 | 461 | Transmitted Supplemental Record on Appeal as to Carlos Espinola, Joseph Allen re 435 Notice of Appeal., 427 Notice of Appeal, Documents included: 458-460 (Scalfani, Deborah) (Entered: 11/14/2006) |
| 11/20/2006 | 463 | Judgment Returned Executed as to Carlos Espinola on 10/12/06. (Johnson, Jay) (Entered: 11/20/2006) |
| 10/19/2007 | 469 | MANDATE of USCA (certified copy) as to Carlos Espinola re 427 Notice of Appeal. This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts. Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is affirmed. Mandate issued in the USCA 10/19/2007 (Ramos, Jeanette) (Entered: 10/19/2007) |
| 10/22/2007 | | Appeal Record Returned as to Carlos Espinola, Joseph Allen: (Ramos, Jeanette) (Entered: 10/22/2007) |
| 03/12/2008 | 470 | ORDER of USCA (certified copy) as to Carlos Espinola re 427 Notice of Appeal. After we summarily affirmed defendant's sentence. The Supreme Court granted defendant's petition for certiorari, vacated this court's judgment, and remanded the case for reconsideration in light of GALL v. UNITED STATES, 128 S. Ct. 586 (2007), which post-dated this court's decision. See Order for further details. Order issued in the USCA 3/12/2008 (Ramos, Jeanette) (Entered: 03/12/2008) |