UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10288-RWZ

UNITED STATES

v.

CARLOS ESPINOLA

MEMORANDUM OF DECISION

July 28, 2015

ZOBEL, D.J.

The petition (Docket # 587) is denied.  See generally United States v. Taylor, 743 F.3d 876, 878 (D.C. Cir. 2014) (per curiam); United States v. Davis, 739 F.3d 1222 (9th Cir. 2014); United States v. Erskine, 717 F.3d 131 (2d Cir. 2013); United States v. Colon, 707 F.3d 1255 (11th Cir. 2013); United States v. Berberena, 694 F.3d 514 (3d Cir. 2012); United States v. Harris, 688 F.3d 950 (8th Cir. 2012); United States v. Anderson, 686 F.3d 585 (8th Cir. 2012); United States v. Horn, 679 F.3d 397 (6th Cir. 2012); United States v. Garcia, 655 F.3d 426 (5th Cir. 2011).

|     July 28, 2015     |     /s/Rya W. Zobel     |
|----------------------|--------------------------|
|         DATE         |       RYA W. ZOBEL       |
|                      | UNITED STATES DISTRICT JUDGE |